JOHN BAIZLEY, Respondent, *v.* JAMES H. WORKMAN et al. Appellants.

(Argued October 27, 1885 ; decided November 24, 1885.)

*Joseph A. Shoudy* for appellants.

*William G. Cooke* for respondent.

Agree to affirm ; no opinion.
All concur, except DANFORTH, J., not voting.
Judgment affirmed.

---

WILLIAM H. PARSONS et al., Respondents, *v.* DANIEL J. SPRAGUE, Impleaded, etc., Appellant.

(Argued October 27, 1885 ; decided November 24, 1885.)

*Ira D. Warren* for appellant.

*Edward C. James* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.